IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS D. HARRIS,

  Plaintiff,

v.

BRIAN SCHALLER, GREG HEITZKEY,
CHRIS STEVENS, BRIAN VANLOO,
CHAD FRAPPIER, MARILYN
VANTERKINTER, WARDEN WILLIAM
POLLARD, MICHAEL DELVAUX, WILLIAM
SWIEKATOWSKI, TODD KAZIK, STEVE
SCHILLER, ALAN DEGROOT, MICHAEL
RHODES, and ESTATE OF STEPHANIE
SEQUIN,

  Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-397-wmc

---

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                 9/25/2018

Peter Oppeneer, Clerk of Court       Date