Declaration of Mailing

I, Walter Smith, do hereby swear pursuant to 28 U.S.C. § 1746 that I placed a Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Relief from Judgment, on behalf of Thomas Harris the plaintiff, in the Stanley Correctional Institution's internal mail system with postage prepaid addressed to the United States Western District Court at 120 North Henry Street, Madison WI, 53703, on December 6, 2018.

Declared By, /s/ WALTER SMITH

Dated this 6th day of December, 2018.