IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2019 OCT 25 AM 10:29
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

THOMAS HARRIS,

    Plaintiff,

V.                    Case No. 15-cv-397

BRIAN SCHALLER,

    Defendants.

---

DECLARATION OF FORMA PAUPERIS STATUS

---

The plaintiff, Thomas Harris, hereby respectfully submits to this Court a declaration on his forma pauperis status as follows:

    Harris was allowed to proceed in forma pauperis in the district court on June 26, 2015. Harris's financial status has not changed since he was allowed to proceed in forma pauperis in the district court.

    According to the United States Western District Court Guide For Litigants Without a Lawyer P.182 Financial eligibility "[If] the party filing notice of appeal was granted leave to proceed in forma pauperis earlier in the district court action, the party is presumed to qualify financially for pauperis status." Thus, Harris is not certain whether he must resubmit an application of indigentcy.

    Nonetheless, if Harris must do so he will upon being notified by this Court.

    Declared pursuant to 28 U.S.C. § 1746.

Dated October 16, 2019.

    Respectfully Submitted By, _/s/ Thomas Harris_
                                       THOMAS HARRIS

DECLARATION OF MAILING

I, Walter Smith, do hereby swear being aware of penalty of perjury, that I placed the A Notice of Appeal and Declaration of Forma Pauperis Status in Case No. 15-cv-397, in the Stanley Correctional Institution's internal mail system, with postage prepaid addressed to the United States Western District Court, 120 North Henry Street, Rm 320, Madison, WI 53703, on behalf of Thomas Harris.on October 16, 2019.

This declaration is made under oath pursuant to 28 U.S.C. § 1746.

Declared By, /s/ Walter Smith

WALTER SMITH


Dated this 16, day of October, 2019.